UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY SEBASTIAN GRANDISON,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>LYDIA C. HENSE,<br><br>　　　　　　Respondent. | CASE NO. CV 09-5354 SJO (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto.  Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

　　　IT IS ORDERED that judgment be entered dismissing the Petition on the merits with prejudice.

DATED: May 1, 2012.

_____
S. JAMES OTERO
United States District Judge