UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY SEBASTIAN GRANDISON,<br><br>    Petitioner,<br><br>    v.<br><br>LYDIA C. HENSE,<br><br>    Respondent. | CASE NO. CV 09-5354 SJO (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: <u>May 1, 2012.</u>

_S. James Otero_
S. JAMES OTERO
United States District Judge